THOMAS J. POPE et al., Respondents, *v.* JAMES McNIDER, Appellant.

(Argued March 3, 1886; decided March 23, 1886.)

*Adolph L. Sanger* for appellant.

*W. W. Niles* for respondents.

Agree to affirm; no opinion.
All concur, except FINCH, J., dissenting.
Judgment affirmed.